STATE OF NEW JERSEY v. DANIEL T. CANALEY.

February 22, 1983.

Petition for certification denied.

ANN GLUCKSMAN v. MYRON S. GLUCKSMAN.

February 22, 1983.

Petition for certification denied.

MAUREEN FLOOD (WAHL) v. THOMSON MCKINNON
SECURITIES, INC.

February 22, 1983.

Petition for certification denied.

BONNIE J. KONOPELSKI v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY.

February 22, 1983.

Petition for certification denied. (See 187 *N.J.Super.* 478)